<pre>
1  SAMANTHA A. MARTIN, ESQ.
   Nevada Bar No. 12998
2  **RICHARD HARRIS LAW FIRM**
   801 South Fourth Street
3  Las Vegas, Nevada 89101
   Phone: (702) 444-4444
4  Fax:  (702) 444-4455
5  E-Mail: Samantha.martin@RichardHarrisLaw.com
   *Attorneys for Plaintiff*
</pre>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH SPEARMAN, | CASE NO. 2:20-cv-01789-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| TARGET CORPORATION, a foreign corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Kenneth Spearman ("Plaintiff") and Target Corporation, Defendant ("Defendant"), hereby stipulate to extend the briefing schedule as follows:

/ / /

/ / /

/ / /

1

1. Plaintiff's Opposition to the Defendant's Motion for Protective Order that is currently due on December 28, 2020 will be due on January 11, 2021;
2. Defendant's Reply in support of Defendant's Motion for Protective Order will be due on January 19, 2021.

Date this  15th  day of December, 2020.   Date this  15th  day of December, 2020.

RICHARD HARRIS LAW FIRM    LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ Samantha A. Martin    /s/ Caroline Reilly

Samantha A. Martin, Esq.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Caroline Reilly, Esq.
Nevada Bar No. 13236
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Defendants

**IT IS SO ORDERED.**

ENTERED this 15th day of December , 2020.

_____
U.S. MAGISTRATE JUDGE