1  **LOREN S. YOUNG, ESQ.**
   Nevada Bar No. 7567
2  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   *ATTORNEYS AT LAW*
3  3960 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
4  Telephone: (702) 257-1997
   Facsimile: (702) 257-2203
5  lyoung@lgclawoffice.com

6  Attorneys for Defendant,
   TARGET CORPORATION
7

8

9

10                       UNITED STATES DISTRICT COURT

11                             DISTRICT OF NEVADA

12

13 | KENNETH SPEARMAN,              | CASE NO.: 2:20-cv-01789-APG-EJY
14 |     Plaintiff,                 |
                                    | **STIPULATION AND ORDER FOR**
15 | v.                             | **DISMISSAL, WITH PREJUDICE**
16 |                                |
17 | TARGET CORPORATION, a foreign  |
   | Corporation; DOES 1-20 and ROE BUSINESS |
18 | ENTITIES 1-20, inclusive,      |
19 |     Defendants.                |

20
21         IT IS HEREBY STIPULATED by and between the Parties, Plaintiff, KENNETH SPEARMAN,
22 by and through his attorney of record, RICHARD HARRIS, ESQ. and SAMANTHA A. MARTIN,
23 ESQ. of the RICHARD HARRIS LAW FIRM, and Defendant, TARGET CORPORATION, by and
24 through its attorneys of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON
25 ///
26 ///
27 ///
28 ///

                                        1

& CERCOS, LLP, that Plaintiff's Complaint is hereby dismissed as to all parties, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 26 day of October, 2021.    DATED this 3 day of Nov., 2021.

**RICHARD HARRIS LAW FIRM**    **LINCOLN, GUSTAFSON & CERCOS, LLP**

_____    _____
**SAMANTHA A. MARTIN, ESQ.**    **LOREN S. YOUNG, ESQ.**
Nevada Bar No. 12998    Nevada Bar No. 7567
801 S. Fourth Street    3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89101    Las Vegas, NV 89169
*Attorneys for Plaintiff, Kenneth Spearman*    *Attorneys for Defendant, Target Corporation*

**IT IS SO ORDERED** that the Complaint filed by Plaintiff, KENNETH SPEARMAN, is hereby dismissed as to all parties, with prejudice, with each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: November 4, 2021
CASE NO: 2:20-cv-01789-APG-EJY

\\p-t\spearman_target\atty notes\drafts\pldgs\20211025_sodw_bjp.docx

2